USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
C.D., *individually*, *et al.*                           :
                                                      :
                                                      :
                                                      :
                       Plaintiffs,                    :      1:25-cv-9265-GHW
                                                      :
            -against-                                 :      ORDER
                                                      :
NEW YORK CITY DEPARTMENT OF                               :
EDUCATION,                                                :
                       Defendant.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated November 7, 2025, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than March 5, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's November 7, 2025 order forthwith and in any event no later than March 9, 2026.

SO ORDERED.

Dated: March 6, 2026
New York, New York
                                         _____
                                         GREGORY H. WOODS
                                         United States District Judge